# Return

| Case No.: 5:23mj00040 | Date and time warrant executed: 3.16.23 @ 8:00 AM | Copy of warrant and inventory left with: EMAILED TO META |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

1. PDF DOCUMENT CONTAINING 11,327 PAGES OF DOCUMENTS/PAGES
2. MEDIA FILE CONTAINING 3,149 ITEMS
3. INDEX CONTAINING ACCOUNT INFORMATION
4. PRESERVATION-1 CONTAINING ACCOUNT INFO
5. PRESERVATION-2 CONTAINING ACCOUNT INFO

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/1/2023

*Executing officer's signature*

William S. Foster, TASK FORCE OFFICER
*Printed name and title*

Received in chambers by reliable electronic means on May 1, 2023.

USMJ